**FILED**

FEB 15 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 1:10SW00271 DLB |
| ) | 1:10SW00272 DLB |
| SEARCH WARRANTS AUTHORIZED TO ) | 1:10SW00273 DLB |
| SEARCH: ) | |
| ) | |
| 5215 S. Orange Avenue ) | ORDER TO UNSEAL |
| Fresno, California ) | |
| ) | |
| 5871 E. Florence Avenue ) | |
| Fresno, California; and ) | |
| ) | |
| 6933 E. Jensen Avenue ) | |
| Fresno, California ) | |
| ) | |

The United States having applied to this Court for an order to unseal the search warrants, search warrant applications and affidavits in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED that the search warrants, search warrant applications and affidavits in the above-entitled proceedings, together with the Application of the United States Attorney and Memorandum and Declaration in Support thereof, shall be unsealed and may now be disclosed to the defense in connection with pending criminal prosecutions.

DATED: February 15, 2011    _____
                            SHEILA K. OBERTO
                            U.S. Magistrate Judge

1